UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:                              )          No. B-09-82198 C-13D
Dorothea Ollie-Barnes               )
                                    )
                                    )
   Debtor(s)                        )

## ORDER DISALLOWING CLAIMS

An objection was filed to the claim hereinafter listed. Notice and opportunity to be heard was given to the claimant and the claimant was required to file a written response with the Court on or before February 28, 2010. No written response having been filed, and the Court after considering the objection, finds that the objection filed should be allowed; therefore, it is

ORDERED that the objection is granted and the following claims are disallowed:

| Claim No. | Claimant | Amount of Claim |
|---|---|---|
| Court Claim #1<br>Trustee Claim #23 | Wells Fargo Bank NA<br>(attorney fees) | $300.00 |

**PARTIES TO BE SERVED
PAGE 1 OF 1
B-09-82198 C-13D**

Dorothea Ollie-Barnes
2614 Lincoln Street
Durham, NC 27707

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Wells Fargo Bank NA
Attn: Managing Agent
3476 Stateview Blvd.
Fort Mill, SC 29715

Brock & Scott, PLLC
5431 Oleander Drive, Suite 200
Wilmington, NC 28403-0000