# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-82198 |
| | ) | |
| Dorothea Ollie-Barnes, aka Dorothea Ollie | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Adv. |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW COMES The Cadle Company and requests to be placed on the mailing matrix of this case. The address is as follows:

The Cadle Company
Attention: 0U091206
100 North Center Street
Newton Falls, OH  44444-1321

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date:  May 31, 2011

By: *Bryan Drake*
Name:  Bryan Drake
Its: Account Officer
The Cadle Company
100 North Center Street
Newton Falls, OH  44444
(888) 462-2353, Ext. 3353
bryan.drake@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-82198 |
| | ) | |
| Dorothea Ollie-Barnes, aka Dorothea Ollie | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Adv. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Notice of Appearance and Request for Service was deposited in the United States mail, first class, postage prepaid, on May 31, 2011, unless notified electronically via the Notice of Filing addressed to the following:

Richard M. Hutson, II, Trustee
P. O. Box 3613
Durham, NC 27702

Edward C. Boltz, Esq.
1738 Hillandale Road, Suite D
Durham, NC 27705

*Deborah Saner*
Deborah Saner, Secretary